Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.

**No. 52975.**—Park & Tilford Import Corp. and A. F. Sullivan Corp. v. United States, protests 946072–G and 955635–G (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52976.**—Griggs, Cooper & Co. v. United States, protest 115261–K/12755 (New Orleans).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.

**No. 52977.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 120586–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austi?, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52978.**—Federal Wine & Liquor Co. et al. v. United States, protests 122156–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52979.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 131047–K, etc. (New York).